IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY PAUL LUJAN,<br><br>    Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-0462 CW (PR)<br><br>ORDER GRANTING REQUEST<br>FOR A TEMPORARY STAY<br><br>(Doc. No. 10.) |

    In an order filed on September 17, 2010, the Court granted Leroy Paul Lujan's pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a January 25, 2006 decision of the California Board of Parole Hearings to deny him parole.  (Doc. No. 8.)

    On September 27, 2010, Respondent filed a motion to stay the Court's Order and Judgment pending appeal or, alternatively, a temporary stay of the Order and Judgment to allow Respondent time to seek a stay in the Ninth Circuit.  (Doc. No. 10.)

    Respondent's application is GRANTED IN PART.  If the Board sets a parole date and the Governor does not reverse, see Cal. Penal Code § 3041.1, the Court will temporarily stay Petitioner's actual release for one week to allow Respondent to request a stay

from the Court of Appeals of the release date pending appeal. The Court retains jurisdiction to review compliance with its order.

IT IS SO ORDERED.

Dated: 10/4/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV09-00462 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Paul Lujan E-76840
Correctional Training Facility
P.O. Box 689
East Dorm 8-Low
Soledad, CA 93960-0689

Dated: October 4, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk