IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY PAUL LUJAN, | No. C 09-0462 CW (PR) |
|     Petitioner, | |
|   v. | ORDER REGARDING APPOINTMENT OF COUNSEL |
| BEN CURRY, Warden, | |
|     Respondent. | |

    On September 17, 2010, the Court granted Leroy Paul Lujan's pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a January 25, 2006 decision of the California Board of Parole Hearings to deny him parole. (Doc. No. 8.) On September 27, 2010, Respondent filed a notice of appeal. (Doc. No. 11.)

    In the interests of justice, the Court is authorized to appoint counsel to a habeas petitioner who is financially unable to obtain representation. See 18 U.S.C. § 3006A(g). Thus, if Petitioner would like to be represented by counsel and cannot afford to retain counsel, he may submit a motion for appointment of counsel along with a completed in forma pauperis application, a copy of which is enclosed, for the Court's consideration.

    IT IS SO ORDERED.

Dated: 10/4/2010

                                /s/ Claudia Wilken
                                CLAUDIA WILKEN
                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV09-00462 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, and **in forma pauperis application**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Paul Lujan E-76840
Correctional Training Facility
P.O. Box 689
East Dorm 8-Low
Soledad, CA 93960-0689

Dated: October 4, 2010

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

2