IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY PAUL LUJAN,<br><br>      Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>      Respondent.<br>_____/ | No. C 08-0474 CW (PR)<br>    C 09-0462 CW (PR)<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS |

    In an Order filed on September 17, 2010, the Court granted Leroy Paul Lujan's pro se Petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2254 and directed the Board of Parole Hearings to set a parole date for Petitioner in accordance with California Penal Code § 3041(a).

    On September 28, 2010, Respondent filed a motion to stay the Court's Order pending appeal or, alternatively, a temporary stay of the Order to allow Respondent time to seek a stay in the Ninth Circuit.  On October 4, 2010, the Court ordered a temporary stay and informed Petitioner that if he wished to be appointed counsel, he was required to submit a completed in forma pauperis (IFP) application along with a request for counsel.

    On October 13, 2010, Petitioner filed in this Court a motion

to appoint counsel and motion for leave to proceed IFP.  That same day, the Court of Appeal granted Respondent's motion to stay this Court's September 17, 2010 Order pending appeal and denied Petitioner's motion for appointment of counsel.

In light of the Court of Appeal's October 13, 2010 order, Petitioner's motion to appoint counsel is DENIED.  Consequently, because Petitioner is not the party seeking an appeal, his motion for leave to proceed IFP appears to be unnecessary.  <u>Cf.</u> Fed. R. App. P. 24(a).  However, should the Court of Appeal determine at a later date that appointment of counsel is warranted in this appeal, the Court GRANTS Petitioner's motion to proceed IFP.

IT IS SO ORDERED.

Dated: 10/20/2010



CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
                                       /

Case Number: CV08-00474 CW
CV09-00462 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Paul Lujan E-76840
Correctional Training Facility
P.O. Box 689 / East Dorm 8-Low
Soledad, CA 93960-0689

Dated: October 20, 2010

                                Richard W. Wieking, Clerk
                                By: Nikki Riley, Deputy Clerk